```
BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2741
Facsimile: (916) 554-2900
```

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>.41 ACRES OF LAND, MORE OR LESS, IN THE COUNTY OF SUTTER; ELIZABETH GIANELLA; SEAN CARBERRY; SACRAMENTO AND SAN JOAQUIN DRAINAGE DISTRICT; STEVEN HARRAH, SUTTER COUNTY TREASURER/TAX COLLECTOR and UNKNOWN OWNERS,<br><br>    Defendants.<br>_____ / | No. 2:10-cv-00791 LKK KJN<br><br>STIPULATION OF DISMISSAL OF SACRAMENTO-SAN JOAQUIN DRAINAGE DISTRICT, ATTN: ALEJANDRA LOPEZ, CALIFORNIA DEPARTMENT OF WATER RESOURCES - REAL ESTATE BRANCH, BASED UPON DISCLAIMER; ORDER THEREON |

Defendant SACRAMENTO-SAN JOAQUIN DRAINAGE DISTRICT, ATTN: ALEJANDRA LOPEZ, CALIFORNIA DEPARTMENT OF WATER RESOURCES - REAL ESTATE BRANCH (hereinafter "STATE DEFENDANT"), and Plaintiff the United States of America, submit the following stipulation to the Court for its approval.

First, STATE DEFENDANT disclaims interest or estate in the real property interests that are the subject matter of this federal condemnation action.  This disclaimer does not extend to any other assets held by other parties to this action.

Second, in light of this disclaimer of interest in the subject matter of this action, the parties request that STATE DEFENDANT be dismissed as Defendant in this action, and that any FURTHER

service of documents upon STATE DEFENDANT following service of this Order, is not necessary, and that STATE DEFENDANT may be omitted from the caption of this case in all subsequent filings with the Court.

**Finally, the other parties remain in the case and this dismissal does not close the case file.**

BENJAMIN B. WAGNER
United States Attorney

Date: April 27, 2010

By: /s/Kelli L. Taylor
KELLI L. TAYLOR
Assistant United States Attorney

Attorneys for Plaintiff, the United States of America

Date: April 27, 2010

By: /s/Paul Farris
PAUL FARRIS
Sacramento-San Joaquin Water Drainage District
California Department of Water Resources, Real Estate Branch

**ORDER**

IT IS ORDERED that Defendant SACRAMENTO-SAN JOAQUIN DRAINAGE DISTRICT, ATTN: ALEJANDRA LOPEZ, CALIFORNIA DEPARTMENT OF WATER RESOURCES - REAL ESTATE BRANCH ("STATE DEFENDANT") is dismissed as Defendant in this action.  The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon STATE DEFENDANT, no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said STATE DEFENDANT may be omitted from the caption of this case in all future filings.  **IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Dated: May 27, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT