1 BENJAMIN B. WAGNER
United States Attorney
2 LYNN TRINKA ERNCE
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2720

5 Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:10-cv-00791 GEB GGH |
|---|---|
| Plaintiff, | **FINAL JUDGMENT IN EMINENT DOMAIN** |
| v. | |
| .41 ACRES OF LAND, MORE OR LESS, IN THE COUNTY OF SUTTER; ELIZABETH GIANELLA; SEAN CARBERRY; and UNKNOWN OWNERS, | |
| Defendants. | |

Following a stipulation, filed herein, by and between the defendant remaining in this action, Elizabeth Gianella ("Defendant"), and the United States of America ("Plaintiff"), the Court is fully informed and finds:

1. The subject property is situated in the County of Sutter, State of California, as more particularly described in the Complaint and Declaration of Taking filed herein.

2. On April 2, 2010, plaintiff filed a Complaint and a Declaration of Taking which describe the estate and interests in the subject property condemned by this action, and plaintiff deposited into the Court registry $3,140.00 as estimated just compensation for the taking of such estate and interests.

3. The use for which the subject property is taken and condemned is one authorized by law. The property and its taking are necessary and suited to that use.

///

Final Judgment in Eminent Domain        1

4. All parties interested directly or indirectly in the subject property have been served with process, or have appeared in this action. The property, and all claimants and parties interested therein, are within the jurisdiction of this Court, which has the power and authority to enter this Final Judgment.

5. At the time of and immediately preceding the filing of the Complaint and Declaration of Taking, defendant was the only person or entity entitled to the compensation to be awarded for the taking of the estate and interests condemned by this action.

6. The parties have entered into a stipulation in which defendant agrees to accept $15,000.00 as just compensation. The Court finds that sum to be full, adequate and just compensation for the taking of the estate and interests condemned by this action, and for any damages resulting therefrom.

7. A Notice of Lis Pendens gave notice of the filing of the Complaint and Declaration of Taking was recorded in the Official Records, County of Sutter, as document number 2010-0006042 on April 28, 2010. The interests described therein are adopted herein by this reference.

NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that judgment is hereby entered against the United States of America in the amount of $15,000.00.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that title to the interests condemned in this action vested in the United States of America free and discharged of all claims and liens of any kind whatsoever on April 2, 2010, which is the date on which the Declaration of Taking was filed, and the $3,140.00 estimated just compensation was deposited into the Court's registry.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States shall deposit the deficiency of $11,860.00 into the Court's registry. Thereafter, the Clerk shall distribute $15,000.00 by check made payable to "Elizabeth Gianella" and mailed to:

    Thomas Gianella
    Attorney at Law
    P.O. Box 881
    Yuba City, CA 95992

This payment shall be full, adequate and just compensation for the taking of the estate and interests in the subject property. The Clerk is directed to enter satisfaction of this judgment of record upon the payment to defendant.

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the ninety percent of any interest earned on the estimated just compensation of $3,140.00 shall be paid to the United States by check made payable to "Western Area Power Administration" and delivered to the Office of the United States Attorney for this District, in care of the Civil Division Chief.  The Court shall retain the remaining 10 percent of any interest earned on the estimated just compensation for the Court's registry fee.

The parties shall be responsible for their own legal fees, costs, and expenses.

DATED: 6/14/11

_____
GARLAND E. BURRELL, JR.
United States District Judge